El Pueblo, Demandante y Apelado, *v.* Cuadrado, Acusado Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por infracción a la Resolución 40 de la Comisión de Alimentos.

No. 1374.—Resuelto en agosto 1, 1919.

Venta de Leche—Resoluciones de la Comisión de Alimentos—Comisión de Alimentos—Conocimiento Judicial.—En este caso se trata de una acusación formulada por vender leche a más alto precio que el fijado por la resolución No. 40 de las reglas· de la Comisión de Alimentos. *Se resolvió:* que no habiéndose transcrito en la acusación la resolución que se dice infringida la cual tampoco fué ofrecida como prueba, y no pudiendo las cortes tomar conocimiento judicial de las resoluciones de la Comisión de Alimentos, la corte inferior carecía· de la debida prueba para declarar culpable al acusado.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. J. H. Brown.*

Abogado del apelado: *Sr. S. Mestre, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

En este caso han sido promovidas varias cuestiones de ley constitucional y estatutoria como consecuencia de una acusación formulada por vender leche a precio más alto del fijado por la resolución 40 de las reglas de la Comisión de Alimentos. La acusación expresa que se infringió dicha resolución 40 pero ésta no fué transcrita en la referida acusación ni aparece en ninguna parte de la prueba. El apelante presentó la resolución No. 42 por virtud de la cual alegaba que dicha resolución 40 había sido derogada, pero el gobierno según aparece nunca presentó la resolución 40 como prueba. Ni la corte inferior ni nosotros mismos podemos tomar conocimiento judicial de las resoluciones de la Comisión de Alimentos, siendo esta última, en este sentido, semejante a una corporación municipal y como la resolución no aparece en los autos en ninguna forma y el proceso se basaba en ella la corte inferior carecía de la debida prueba para declarar

culpable al apelante. Por tanto, debe revocarse la sentencia y absolverse al apelante.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Asociados del Toro, Aldrey y Hutchison.

El Juez Presidente Sr. Hernández no tomó parte en la resolución de este caso.